# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-130

| | |
|---|---|
| ECOMAC USA LLC, a North Carolina Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | ORDER |
| U.S. CITIZENSHIP & IMMIGRATION SERVICES, ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on Hannah M. Davies' Application for Admission to Practice *Pro Hac Vice* of Steve Polatnick. It appearing that Steve Polatnick is a member in good standing with the Florida State Bar and will be appearing with Hannah M. Davies, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Hannah M. Davies' Application for Admission to Practice Pro Hac Vice (#5) of Steve Polatnick is **GRANTED**, and

Steve Polatnick is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Hannah M. Davies.

Signed: July 5, 2017

Dennis L. Howell
United States Magistrate Judge