IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 130

| | |
|---|---|
| **ECOMAC USA LLC,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **UNITED STATES CITIZENSHIP AND** ) | |
| **IMMIGRATION SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** came before the undersigned pursuant to an Unopposed Motion to File the Certified Administrative Record Under Seal (#10). The undersigned has examined the motion and finds that the parties have complied with Local Rule 6.1, and particularly Local Rule 6.1(C). As a result, the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion to File the Certified Administrative Record Under Seal (#10) is **ALLOWED** and the Certified Administrative Record be filed under seal and be sealed in its entirety.

Signed: August 17, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge